# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                              No. 4:18-cv-386-DPM

PAUL FOWLER                                       DEFENDANT

## JUDGMENT

The United States' complaint is dismissed with prejudice.


_____

D.P. Marshall Jr.
United States District Judge

7 April 2021